Lorraine KEIFER v. PICO PEAK SKI RESORT, INC., No. 7-76

January 13, 1976. Motion for Permission to Appeal pursuant to V.R.A.P. 5(b) denied.

SOUTH BURLINGTON SCHOOL DISTRICT v. Julian GOODRICH and Julian Goodrich Architects, Inc., et al., No. 8-76

January 13, 1976. Petition for Permission to Appeal prior to final judgment denied for failure to comply with V.R.A.P. 5(b)(1) as amended.

STATE of Vermont v. Malcolm M. MAYO, No. 11-76

January 14, 1976. Upon consideration of the allegations and the affidavit contained in the Petition for Extraordinary Relief, dated January 14, 1976, in the case of *State of Vermont* v. *Malcolm M. Mayo* and upon consideration of the representations of counsel for the petitioner and counsel for the State of Vermont, the following order is made: *Petition denied.*

John J. STAAB, et al. v. NORTH-FIELD SAVINGS BANK, No. 87-75

Northfield Savings Bank v. John J. Staab, et al., No. 88-75

January 20, 1976. Entry Order is amended to read: Judgments affirmed.

Remanded for the purpose of affixing a redemption date.

John F. GILBERT, Claudia M. Gilbert, and Daniel B. Como v. TOWN OF BROOKFIELD, No. 121-75

January 20, 1976. Appellees' brief to be filed as provided by V.R.A.P. 31, and the cause is set for hearing at 3:00 P.M. on February 19, 1976; the motion to dismiss is denied, with terms to be assessed against the appellant on hearing on merits.

IN RE PROFESSIONAL CONDUCT BOARD—M. Jerome Diamond, Attorney General, State of Vermont, No. 3-76

January 21, 1976. The motion of M. Jerome Diamond to disqualify Justices Smith, Daley, and Larrow is denied. *Withrow* v. *Larkin*, 421 U.S. 35, 95 S.Ct. 1456 (1975). Chief Justice Barney has disqualified himself at a prior time.

The hearing on the application for extraordinary relief is set for Monday, February 2, 1976, at 11:00 A.M.

HINESBURG SAND & GRAVEL COMPANY, INC. v. TOWN OF HINESBURG, No. 9-76

January 21, 1976. Motion for Permission to Appeal denied.